UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA, )
 )
       Plaintiff, )
 )
    vs. ) No. 4:05CV961-DJS
 )
INTERSTATE BRANDS CORPORATION, )
BRENDA L. SIECKMANN, CRUM & )
FORSTER SPECIALTY INSURANCE )
COMPANY, DISCOVERY PROPERTY & )
CASUALTY INSURANCE COMPANY, )
J.D. KUTTER INSURANCE )
ASSOCIATES, INC., and MIDWESTERN )
GENERAL BROKERAGE, INC., )
d/b/a Westrope & Associates, )
 )
       Defendants. )

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's amended complaint for declaratory judgment [Doc. #17] is dismissed in view of the pendency of parallel state court proceedings and pursuant to Capitol Indemnity Corporation v. Haverfield, 218 F.3d 872 (8th Cir. 2000).

Dated this   18th   day of January, 2006.

                                  /s/Donald J. Stohr
                                  UNITED STATES DISTRICT JUDGE